**Dismissed and Opinion Filed October 5, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00932-CV

### DALLAS COUNTY COMMISSIONERS COURT, Appellant
### V.
### DALLAS COUNTY JUVENILE DEPARTMENT A/K/A DALLAS COUNTY JUVENILE PROBATE DEPARTMENT AND DARRYL BEATTY, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE DALLAS COUNTY JUVENILE DEPARTMENT, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-07024**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Reichek, and Breedlove
Opinion by Justice Reichek

Before the Court is appellant's unopposed motion to dismiss this appeal because it was filed prematurely. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230932F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

DALLAS COUNTY
COMMISSIONERS COURT,
Appellant

No. 05-23-00932-CV    V.

DALLAS COUNTY JUVENILE
DEPARTMENT A/K/A DALLAS
COUNTY JUVENILE PROBATE
DEPARTMENT AND DARRYL
BEATTY, IN HIS OFFICIAL
CAPACITY AS EXECUTIVE
DIRECTOR OF THE DALLAS
COUNTY JUVENILE
DEPARTMENT, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-07024.
Opinion delivered by Justice
Reichek. Justices Partida-Kipness
and Breedlove participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees DALLAS COUNTY JUVENILE DEPARTMENT A/K/A DALLAS COUNTY JUVENILE PROBATE DEPARTMENT AND DARRYL BEATTY, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE DALLAS COUNTY JUVENILE DEPARTMENT recover their costs of this appeal from appellant DALLAS COUNTY COMMISSIONERS COURT.

Judgment entered October 5, 2023